IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | |
|---|---|
| BEN EVANS, ET AL., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-221KS-JMR |
| CITIGROUP, et al., | ) |
| Defendants. | ) |

### ORDER

Having considered the parties' Joint Stipulation of Dismissal dismissing Plaintiff, Ben Evans, from this case with prejudice, the Court hereby finds that the Joint Stipulation of Dismissal is granted.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff, Ben Evans, is hereby dismissed from this case with prejudice, costs taxed as paid.

UNITED STATES DISTRICT COURT JUDGE